# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE REGINALD PATTERSON,<br><br>        Petitioner,<br><br>   v.<br><br>MARTINEZ, Warden,<br><br>        Respondent. | Case No. CV 18-09535-DMG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's motion to dismiss is granted, and this action is dismissed without prejudice.

DATED: April 16, 2019

                                                    DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE